# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| SPORT DIMENSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-6945 <br><br> Judge Charles P. Kocoras |

## DECLARATION OF JIYUAN ZHANG

I, Jiyuan Zhang, having personal knowledge of the matters set forth below, declare and state the following:

1. I am over the age of eighteen years; I am competent to give this statement and do so based upon my personal knowledge.

2. I am a partner with the law firm of J. Zhang and Associates, P.C. I am one of the attorneys for Defendant Silfrae ("Defendant"). I have been admitted to practice in this district court.

3. This Declaration is based on my personal knowledge or a review of documents created and maintained by our firm in the ordinary course of business.

4. I respectfully submit this Declaration in support of Defendant's Motion to Dismiss. Defendant's Motion should be granted on the basis that are fully set forth and outlined in the Motion.

5. Annexed as Exhibit A is a copy of the Complaint filed by Plaintiff on December 12,

2022, under docket number 1.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: Queens, New York
       February 23, 2023

                                            Respectfully Submitted,

                                            */s/ Jiyuan Zhang*

                                            By: Jiyuan Zhang, Esq.
                                            J. Zhang and Associates, P.C.
                                            13620 38th Avenue, #11G
                                            Flushing, NY 11354
                                            Tel: (607) 948-3339

                                            Attorney for Defendant,
                                            *Silfrae*

**AFFIRMATION OF SERVICE**

    I hereby certify that on February 23, 2023, a copy of the foregoing was served on counsel of record and interested parties by electronic means pursuant to the court's Electronic Case Filing (ECF) system.

*/s/ Jiyuan Zhang*
