IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sport Dimension Inc.,<br><br>    Plaintiff,<br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>    Defendants. | Case No. 22-cv-6945<br><br>Honorable Charles P. Kocoras |

**JOINDER BY DEFENDANT DBA YKXSK TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendant DBA YKXSK ("YKXSK") hereby joins in the relief sought by certain other defendants (collectively, "Defendants") in their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 72) filed in this case. In support of its joinder, YKXSK states as follows:

1. Defendants' arguments that "the Complaint fails to provide the details regarding specific design features, dimension features, or product uses to describe the how, who, what, and when Defendants' alleged products infringed on the '603 Patent" (ECF No. 72 at 3) apply equally to the claims against YKXSK. The Complaint asserts broad allegations against all Defendants, including YKXSK, as quoted in Defendants' Motion to Dismiss on pages 6-7. These allegations lack any specific facts about the alleged patent infringement sufficient to meet the requirements of Rule 12(b)(6).

2. The Complaint does not provide any additional details regarding the alleged infringement by YKXSK beyond the vague allegations made against all Defendants. YKXSK joins and adopts the arguments in Defendants' Motion to Dismiss that the allegations in the Complaint do not provide YKXSK adequate notice or knowledge to

allow it respond to the claims made against it and, for that reason, the claims against YKXSK should be dismissed.

WHEREFORE, for the foregoing reasons, YKXSK respectfully requests that the Court grant the relief requested by the Defendants in their Motion to Dismiss and further asks the Court to hold that this determination is binding on the claims against YKXSK.

Dated: April 3, 2023 

Respectfully Submitted,

**Defendant DBA YKXSK**

By: /s/ Daniel I. Konieczny
      One of Its Attorneys

Hua Chen
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
huachen@scienbizippc.com

Daniel I. Konieczny (#6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
dkonieczny@tdrlaw.com