# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sport Dimension, Inc.

                                                                Plaintiff,

v.

                                                                Case No.: 1:22−cv−06945

                                                                Honorable Charles P. Kocoras

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

       MINUTE entry before the Honorable Charles P. Kocoras: Defendant YKXSK's motion to join Defendants' motion to dismiss (Dkt. No. 72) [75] is granted. Defendants BSCstore, Joie Store, Know White, and SiuMark's motion to join Defendants' motion to dismiss (Dkt. No. 72) [76] is granted. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.